Opinion issued August 30, 2016



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-01111-CV

————————————

**ST. LUKE'S SUGAR LAND PARTNERSHIP, L.L.P., SLEHS HOLDINGS, INC., ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION, ST. LUKE'S COMMUNITY DEVELOPMENT CORPORATION – SUGAR LAND, ST. LUKE'S HEALTH SYSTEM CORPORATION F/K/A ST. LUKE'S EPISCOPAL HEALTH SYSTEM CORPORATION, DAVID FINE, DAVID KOONTZ, AND STEVE PICKETT, Appellants**

**V.**

**SHATISH PATEL, M.D., HEMALATHA VIJAYAN, M.D., SUBODH SONWALKER, M.D., AND WOLLEY OLADUT, M.D., Appellees**

———————————————————————————————————————

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-24016**

———————————————————————————————————————

**MEMORANDUM OPINION**

Appellants, St. Luke's Sugar Land Partnership, LLP, SLEHS Holdings, Inc., St. Luke's Community Development Corporation, St. Luke's Community Development Corporation – Sugar Land, St. Luke's Health System Corporation f/k/a St. Luke's Episcopal Health System Corporation, David Fine, David Koontz, and Steve Pickett, have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.